UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA BOSS,<br><br>          Plaintiff,<br><br>     v.<br><br>7-ELEVEN, INC.,<br><br>          Defendant. | Case No. 1:25-cv-00074-JLT-BAM<br><br>ORDER REFERRING THE MATTER TO THE VDRP<br><br>(Doc. 9) |

   Pursuant to the parties' agreement and Local Rule 271, Plaintiff Diana Boss and Defendant 7-Eleven, Inc. have agreed to have the matter referred to the Court's Voluntary Dispute Resolution Program. (Doc. 9.) Therefore, the Court **ORDERS**:

   1. This matter is referred to the Voluntary Dispute Resolution Program ("VDRP").
   2. The parties shall notify the Court within thirty (30) days of completing the VDRP.
   3. The Scheduling Conference currently set for July 16, 2025, will reman on calendar, but will be vacated if necessary for completion of the VDRP.

IT IS SO ORDERED.

   Dated:   **May 12, 2025**              /s/ Barbara A. McAuliffe            _
                                        UNITED STATES MAGISTRATE JUDGE

1